UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE JENKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CA STATE PRISON, et al., ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | CIV F 02 5397 OWW SMS P <br><br> ORDER GRANTING EXTENSION OF TIME <br><br> (DOCUMENT #35) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 15, 2005, plaintiff filed a motion to extend time to respond to the court's order of March 9, 2005, which the court has construed as a motion for extension of time to file his fifth amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1. Plaintiff is granted THIRTY (30) days from the date of service of this order in which to file his Fifth Amended Complaint;  or

    2. Plaintiff must inform the Court of his intent to proceed on the cognizable claims.

IT IS SO ORDERED.

**Dated:   May 3, 2005**              /s/ Sandra M. Snyder
b6edp0                      UNITED STATES MAGISTRATE JUDGE