UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE JENKINS, ) | 1:02-CV-5397 OWW SMS P |
| ) | |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME |
| ) | (DOCUMENT #38) |
| v. ) | |
| ) | |
| CA STATE PRISON, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 13, 2005, plaintiff filed a motion to extend time to file a fifth amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his fifth amended complaint.

IT IS SO ORDERED.

**Dated:   June 10, 2005**            **/s/ Sandra M. Snyder**
b6edp0                                UNITED STATES MAGISTRATE JUDGE