# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE JENKINS, | CV F   02 5397 OWW SMS P |
| Plaintiff, | |
| v. | ORDER CONSTRUING MOTION TO DISMISS AS NOTICE OF INTENT NOT TO FILE SIXTH AMENDED COMPLAINT  (Doc. 44.) |
| JONES, et. al., | |
| Defendants. | |

Christopher Lee Jenkins ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 20, 2005, Plaintiff filed a pleading titled "Motion to Dismiss" in which he informs the Court that he has filed a Fifth Amended Complaint and that if his claims are not found cognizable he does not wish to file a Sixth Amended Complaint but instead wishes to dismiss the action.  As the Court has yet to screen the Complaint and it is not Plaintiff's true intention to have the action dismissed at this time, the Court will CONSTRUE the Motion to Dismiss as a Notice of Plaintiff's intent not to file a Sixth Amended Complaint.  Accordingly,

the Court HEREBY ORDERS:

    1.    The Motion to Dismiss is CONSTRUED as a Notice of Intent Not To File Sixth Amended Complaint.

IT IS SO ORDERED.

**Dated:     August 15, 2005**                             /s/ Sandra M. Snyder
icido3                                                                     UNITED STATES MAGISTRATE JUDGE