# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE JENKINS,<br><br>             Plaintiff,<br><br>     v.<br><br>BAUMLER, et.al.,<br><br>             Defendants.<br>_____ / | CV F   02 5397 OWW SMS P<br><br>ORDER CONSTRUING MOTION TO DISMISS AS MOTION TO WITHDRAW FIFTH AMENDED COMPLAINT (Doc. 49)<br><br>ORDER GRANTING REQUEST TO WITHDRAW FIFTH AMENDED COMPLAINT (Doc. 49)<br><br>ORDER STRIKING FIFTH AMENDED COMPLAINT FROM RECORD (Doc. 49) |

   Christopher Lee Jenkins ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   Plaintiff filed the instant action on April 16, 2002.  On August 12, 2002, Plaintiff filed an Amended Complaint.  Plaintiff moved to submit Second Amended Complaint and lodged the complaint on January 9, 2003.  The Court granted Plaintiff's request and the Second Amended Complaint was filed on April 2, 2003.  Also on April 2, 2003, the Court dismissed the Second Amended Complaint with leave to amend.  A Third Amended Complaint was filed by Plaintiff on June 27, 2003.  Plaintiff moved to amend the Third Amended Complaint on September 2, 2003.  The request was granted on November 7, 2003, Plaintiff filed a Fourth Amended Complaint.

On March 9, 2005, the Court dismissed the Fourth Amended Complaint with leave to amend and informed Plaintiff that he could file a Fifth Amended Complaint curing the defects outlined by the Court, or inform the Court that he wished to proceed on the claims found cognizable and dismiss those not cognizable.

On June 6, 2005, Plaintiff filed a Fifth Amended Complaint.  Plaintiff filed a pleading titled "Motion to Dismiss on June 20, 2005, that informed the Court that he did not wish to file a Sixth Amended Complaint.

On July 27, 2006, Plaintiff filed a Motion informing the Court that he wished to proceed on the retaliation claim against Defendant Baumler which the Court found cognizable in the Fourth Amended Complaint.  Plaintiff also stated that he wished to dismiss all claims against all other Defendants and also wished the Court to dismiss the Fifth Amended Complaint altogether.

In light of the above, the Court HEREBY ORDERS:

1. Plaintiff's request to dismiss is construed as a Request to withdraw the Fifth Amended Complaint and such request is GRANTED;

2. The Fifth Amended Complaint is ordered STRICKEN from the Record in light of the withdrawal; and

3. This action will proceed on Plaintiff's Fourth Amended Complaint (Doc. 27) against Defendant Baumler on the allegation of retaliation.

The will issue separate Findings and Recommendations to dismiss the remaining claims and Defendants from the action.

IT IS SO ORDERED.

**Dated:   August 1, 2006**              **/s/ Sandra M. Snyder**
icido3                                            UNITED STATES MAGISTRATE JUDGE