# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE JENKINS, | CV F   02 5397 OWW SMS P |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| BAUMLER, et.al., | |
| Defendants. | |

Christopher Lee Jenkins ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on April 16, 2002.  On August 12, 2002, Plaintiff filed an Amended Complaint.  Plaintiff moved to submit Second Amended Complaint and lodged the complaint on January 9, 2003.  The Court granted Plaintiff's request and the Second Amended Complaint was filed on April 2, 2003.  Also on April 2, 2003, the Court dismissed the Second Amended Complaint with leave to amend.  A Third Amended Complaint was filed by Plaintiff on June 27, 2003.  Plaintiff moved to amend the Third Amended Complaint on September 2,

2003.  The request was granted on November 7, 2003, Plaintiff filed a Fourth Amended Complaint.

On March 9, 2005, the Court dismissed the Fourth Amended Complaint with leave to amend and informed Plaintiff that he could file a Fifth Amended Complaint curing the defects outlined by the Court, or inform the Court that he wished to proceed on the claims found cognizable and dismiss those not cognizable.

On June 6, 2005, Plaintiff filed a Fifth Amended Complaint.  On July 27, 2006, Plaintiff filed a Motion informing the Court that he wished to proceed on the retaliation claim against Defendant Baumler which the Court found cognizable in the Fourth Amended Complaint.  Plaintiff also stated that he wished to dismiss all claims against all other Defendants and also wished the Court to dismiss the Fifth Amended Complaint altogether.  By separate Order, the Court granted Plaintiff's request and issued Findings and Recommendations to dismiss all remaining claims and defendants from the action.  The Court also recommended that the action proceed only on the retaliation claim against Defendant Baumler as alleged in the Fourth Amended Complaint. (Doc. 27.)  Accordingly, the Court HEREBY ORDERS:

1. Service is appropriate for the following defendants:

    D. BAUMLER

2. The Clerk of the Court shall send Plaintiff ONE USM-285 forms, ONE summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Fourth Amended Complaint (Doc. 27) filed on November 27, 2003.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff SHALL complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each Defendant listed above; and

    c. **TWO (2)** copies of the endorsed Fourth Amended Complaint filed November 27, 2003.

4. Plaintiff need not attempt service on Defendant and need not request waiver of

service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**5.    The failure to comply with this Order will result in a Recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **August 1, 2006**              /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE