UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE JENKINS, | 1:02-cv-05397-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 51) |
| vs. | |
| BAUMLER, et al., | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** (Doc. 27, 49) |
| Defendants. | |

Christopher Lee Jenkins ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 2, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed August 2, 2006, are ADOPTED IN FULL;

   2.   All claims against Defendants Zinani, Elliot, Fields, Cuevas, Harthung, and Acala are DISMISSED;

   3.   Defendants Zinani, Elliot, Fields, Cuevas, Harthung, and Acala are therefore DISMISSED from this action at Plaintiff's request; and,

   4.   This action proceed only on the retaliation claim against Defendant D. Baumler as alleged in the Fourth Amended Complaint (Doc. 27).

IT IS SO ORDERED.

**Dated:   October 3, 2006**            /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE