UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER JENKINS, | ) | 1:02-CV-5397 OWW SMS P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #60) |
| CALIFORNIA STATE PRISON, et al., | ) ) ) | |
| Defendants. | ) ) | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 29, 2006, defendant filed a motion to extend time to file his response to the fourth amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Defendant is granted an extension of time, up to and including February 6, 2007, in which to file his responsive pleading.

IT IS SO ORDERED.

**Dated:   January 3, 2007**           /s/ Sandra M. Snyder
b6edp0                         UNITED STATES MAGISTRATE JUDGE