UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER LEE JENKINS, | ) | 1:02-cv-5397 LJO SMS P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION |
| v. | ) ) | (DOCUMENT #64) |
| CA STATE PRISON, | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 16, 2007, plaintiff filed a motion to extend time to file a response to the motion to dismiss filed by defendant Baumler. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is GRANTED THIRTY (30) days from the date of service of this order in which to file an Opposition to the Motion to Dismiss.

IT IS SO ORDERED.

**Dated:   February 22, 2007**            /s/ Sandra M. Snyder
b6edp0                                    UNITED STATES MAGISTRATE JUDGE