IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE JENKINS, | 1:02-CV-05397-LJO-SMS-P |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION OF APRIL 3, 2007 |
| vs. | [Doc. 70] |
| DR. KIM, et al., | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS |
| Defendants. | [Doc. 71] |
| _____/ | |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2007, plaintiff filed a motion for an extension of time to file a response to defendants' motion to dismiss. On April 3, 2007, Magistrate Sandra M. Snyder submitted findings and a recommendation to United States District Judge Lawrence J. O'Neill, recommending that defendants' motion to dismiss be granted.

Due to the order in which the events were administratively entered on the record, the findings and recommendation were issued without knowledge of

1

plaintiff's timely motion for extension of time.[1]  Therefore, the findings and recommendation shall be vacated, and plaintiff's motion shall be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendation of April 3, 2007, are VACATED;

2. Plaintiff's motion for extension of time to file a response to defendants' motion to dismiss is GRANTED; and

3. Within thirty days from the date of service of this order, plaintiff shall file a response to defendants' motion to dismiss.

IT IS SO ORDERED.

**Dated:   May 3, 2007**                    /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The findings and recommendation was entered on the docket on April 3, 2007, whereas plaintiff's motion for extension of time was not entered on the docket until two days later, on April 5, 2007.  Plaintiff signed the motion for extension of time on March 25, 2007.  Thus, under the mailbox rule, the motion was timely filed.

2