IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE JENKINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>DERRAL ADAMS, et al.,<br><br>    Defendants.<br>_____/ | 1:02-cv-05397-LJO-SMS-P<br><br>ORDER ADOPTING FINDINGS &<br>   RECOMMENDATIONS (#73)<br><br>ORDER DISMISSING ACTION AND<br>DIRECTING CLERK TO CLOSE CASE |

Christopher Lee Jenkins ("plaintiff") is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 11, 2007, findings and recommendations were entered, recommending that defendants' motion to dismiss this action be granted on the grounds that plaintiff failed to exhaust his administrative remedies. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

---

[1] The United States Postal Service returned the findings and recommendations on July 17, 2007, as undeliverable. A notation on the envelope indicates that plaintiff paroled from prison. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

1         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-
2 305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire
3 file, the court finds the findings and recommendations to be supported by the record and proper
4 analysis.
5         Accordingly, THE COURT HEREBY ORDERS that:
6         1.  The Findings and Recommendations issued by the Magistrate Judge on July 11,
7 2007, are adopted in full; and
8         2.  Defendants' motion to dismiss this action is granted on the grounds that plaintiff
9 failed to exhaust his administrative remedies.  This action is dismissed in its entirety, and the Clerk
10 is directed to close the case.
11 IT IS SO ORDERED.
12 **Dated:    September 25, 2007**          /s/ Lawrence J. O'Neill
                                                                           UNITED STATES DISTRICT JUDGE